BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Highland Capital Management, L.P.

Debtor(s)

CLO HoldCo, Ltd

Appellant(s)

vs.

Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub–Trust

Appellee(s)

Case No.: 19–34054–sgj11
Chapter No.: 11

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☒ Copies of: Notice of appeal, appealed order [3457] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED: 9/7/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: <u>19–34054–sgj11</u>

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Caroline Nowlin
    Attorney(s) for Appellant
    US Trustee

**Appellant**   CLO HoldCo, Ltd.

KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801–1916
Telephone: (225) 381–9643
Facsimile: (225) 336–9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522–1812

KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332–2500

**Appellee**   Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub–Trust

SIDLEY AUSTIN LLP
Paige Holden Montgomery
Texas Bar No. 24037131

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No.:  19–34054–sgj11<br>Chapter No.:  11 |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.  (a) APPELLANT**
CLO HoldCo, Ltd.

**APPELLEE**
Marc Kirschner, the Litigation Trustee for the Highland Litigation Sub–Trust

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801–1916
Telephone: (225) 381–9643

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522–1812

KELLY HART & HALLMAN
Hugh G. Connor II
Michael D. Anderson
Katherine T. Hopkins
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332–2500

Attorney's (If Known)
SIDLEY AUSTIN LLP
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani (admitted pro hac vice)
Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
Benjamin I. Finestone (admitted pro hac vice)
Calli Ray (admitted pro hac vice)
Alexander J. Tschumi (admitted pro hac vice)
New York Bar. No. 5492194
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849–7000

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
◉ 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

◉ 422 Appeal 28 USC 158     ○ 423 Withdrawal 28 USC 157     ○ 890 Other Statutory Actions

**V. ORIGIN**

◉ 1  Original Proceeding
○ 2  Removed from State Court
○ 3  Remanded from Appellate Court
○ 4  Reinstated or Reopened
○ 5  Transferred from another district
○ 6  Multidistrict Litigation
○ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                              Docket Number: 3:21–CV–3086–K

DATED: 9/7/22                    FOR THE COURT:
                                 Robert P. Colwell, Clerk of Court
                                 by: /s/Sheniqua Whitaker, Deputy Clerk

Juliana L. Hoffman
Texas Bar No. 24106103
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981–3300
Facsimile: (214) 981–3400
–and
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Susheel Kirpalani (admitted pro hac vice)
Deborah J. Newman (admitted pro hac vice)
Robert S. Loigman (admitted pro hac vice)
Benjamin I. Finestone (admitted pro hac vice)
Calli Ray (admitted pro hac vice)
Alexander J. Tschumi (admitted pro hac vice)
New York Bar. No. 5492194
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849–7000