# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLO Holdco et al. (Appellant) §
*Plaintiff* §
§
§
v. § Case No. 3:22-cv-02051-B
§
Marc S. Kirschner, as Litigation Trustee §
of the Litigation Sub-Trust (Appellee) §
*Defendant* §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Quinn Emanuel Urquhart & Sullivan, LLP, with offices at

51 Madison Avenue, 22nd Floor
(Street Address)

New York | NY | 10010
(City) | (State) | (Zip Code)

(212) 849-7444 | (212) 849-7140
(Telephone No.) | (Fax No.)

**II.** Applicant will sign all filings with the name Robert S. Loigman.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

New York , where Applicant regularly practices law.

Bar license number: 2594604      Admission date: January 25, 1994

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Appendix A | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

See Appendix B

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Sidley Austin LLP , who has offices at

2021 McKinney Avenue, Suite 2000
(Street Address)

Dallas                                          TX                        75201
(City)                                          (State)                   (Zip Code)

(214) 981-3300                                  (214) 981-3400
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   22nd   day of September   , 2022   .

Robert S. Loigman
Printed Name of Applicant

*Robert Loigman* (signature)
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## APPENDIX A

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of the United States | November 15, 1999 | Active |
| U.S.C.A. for the 2nd Circuit | October 27, 1999 | Active |
| U.S.C.A. for the 3rd Circuit | October 31, 2005 | Active |
| U.S.C.A. for the 4th Circuit | June 8, 1994 | Active |
| Eastern District of New York | March 23, 1995 | Active |
| Northern District of New York | June 17, 1998 | Active |
| Southern District of New York | March 14, 1995 | Active |

# APPENDIX B

**IX.** Applicant has filed for pro hac vice admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| October 15, 2021 | 3:19-bk-34054, *In re Highland Capital Management, L.P.* |
| February 16, 2022 | 3:22-cv-00203-S, *Kirschner v. Ellington, et al.* (bankruptcy withdrawal) |
| February 16, 2022 | 3:22-cv-00229-G, *Kirschner v. Okada, et al.* (bankruptcy withdrawal) |
| February 22, 2022 | 3:22-cv-00253-E, *Kirschner v. NexPoint Advisors, L.P., et al.* (bankruptcy withdrawal) |
| March 4, 2022 | 3:22-cv-00367-B, *Kirschner v. Dondero, et al.* (bankruptcy withdrawal) |
| March 4, 2022 | 3:22-cv-00369-L, *Kirschner v. Grant James Scott* (bankruptcy withdrawal) |
| March 4, 2022 | 3:22-cv-00370-G, *Kirschner v. CLO Holdco Ltd, et al.* (bankruptcy withdrawal) |
| March 7, 2022 | 3:22-cv-00369-S, *Kirschner et al. v. Okada et al.* (bankruptcy withdrawal) |
| March 7, 2022 | 3:22-cv-00370-S, *Kirschner et al. v. Okada et al.* (bankruptcy withdrawal) |



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Robert Scott Loigman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 25, 1994**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 20, 2022.

*Robert D. Mayberger*
Clerk of the Court

CertID-00084098



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022