| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **SIDLEY AUSTIN LLP** |
| Deborah J. Newman (Admitted *Pro Hac Vice*) | Paige Holden Montgomery |
| Robert S. Loigman (Admitted *Pro Hac Vice*) | Juliana L. Hoffman |
| Aaron M. Lawrence (Admitted *Pro Hac Vice*) | 2021 McKinney Avenue |
| 51 Madison Avenue, 22nd Floor | Suite 2000 |
| New York, NY 10010 | Dallas, Texas 75201 |
| Telephone: (212) 849-7000 | Telephone: (214) 981-3300 |

*Co-counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
| Debtor. | ) | |
| | ) | |
| CLO HOLDCO, LTD., | ) | Case No. 3:22-cv-02051-B |
| Appellant, | ) | |
| v. | ) | |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, | ) | |
| Appellee. | ) | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor is a Delaware limited partnership. The Reorganized Debtor's headquarters and service address are 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**APPELLEE MARC S. KIRSCHNER,
AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST'S
CERTIFICATE OF INTERESTED PERSONS PURSUANT TO RULE 8012.1 OF
THE LOCAL BANKRUPTCY RULES FOR THE NORTHERN DISTRICT OF TEXAS**

Marc S. Kirschner (the "Litigation Trustee"), as Litigation Trustee of the Litigation Sub-Trust established pursuant to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. ("HCMLP" or the "Reorganized Debtor") [Docket No. 1808], pursuant to Rule 8012.1 of the Local Bankuptcy Rules for the Northern District of Texas (the "Local Rules") hereby submits the following:

1. Pursuant to Local Rule 8012.1, the Litigation Trustee certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities may be financially interested in the outcome of the above-captioned appeal:

   a. The Litigation Sub-Trust;

   b. CLO Holdco, Ltd.;

   c. the Reorganized Debtor;

   d. creditors of the Reorganized Debtor; and

   e. any other interested parties in the above-captioned bankruptcy case.

2. The Litigation Trustee reserves the right to amend or supplement this certificate of interested persons as and if necessary and/or appropriate.

3. Pursuant to Local Rule 8012.1, the names of opposing law firms and/or counsel in the above-captioned appeal are listed below:

> **KELLY HART PITRE**
> Louis M. Phillips (#10505)
> One American Place
> 301 Main Street, Suite 1600
> Baton Rouge, LA 70801-1916
> Telephone: (225) 381-9643

Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

-and-

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

*Attorneys for CLO HoldCo, Ltd.*

[*Remainder of Page Intentionally Left Blank*]

Dated: September 28, 2022
      New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Aaron M. Lawrence*

Deborah J. Newman (Admitted *Pro Hac Vice*)
Robert S. Loigman (Admitted *Pro Hac Vice*)
Aaron M. Lawrence (Admitted *Pro Hac Vice*)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849-7000

-and-

SIDLEY AUSTIN LLP
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for Appellee, Litigation Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2022 a true and correct copy of the foregoing *Appellee Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust's Certificate of Interested Persons Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District Of Texas* was served electronically via the court's ECF system upon all parties in interest requesting or consenting to such service in this case.

/s/ *Aaron M. Lawrence*
Aaron M. Lawrence