| | |
|---|---|
| **KELLY HART PITRE** | **KELLY HART & HALLMAN** |
| Louis M. Phillips (#10505) | Hugh G. Connor II |
| One American Place | State Bar No. 00787272 |
| 301 Main Street, Suite 1600 | hugh.connor@kellyhart.com |
| Baton Rouge, LA 70801-1916 | Michael D. Anderson |
| Telephone: (225) 381-9643 | State Bar No. 24031699 |
| Facsimile: (225) 336-9763 | michael.anderson@kellyhart.com |
| Email: louis.phillips@kellyhart.com | Katherine T. Hopkins |
| Amelia L. Hurt (LA #36817, TX #24092553) | Texas Bar No. 24070737 |
| 400 Poydras Street, Suite 1812 | katherine.hopkins@kellyhart.com |
| New Orleans, LA 70130 | 201 Main Street, Suite 2500 |
| Telephone: (504) 522-1812 | Fort Worth, Texas 76102 |
| Facsimile: (504) 522-1813 | Telephone: (817) 332-2500 |
| Email: amelia.hurt@kellyhart.com | Telecopier: (817) 878-9280 |

**Counsel for CLO HoldCo, Ltd.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Chapter 11** |
| | § | |
|    **Debtor** | § | |
| | § | |
| **CLO HoldCo, Ltd.,** | § | |
|    **Appellant** | § | |
| | § | |
| **v.** | § | **Case No. 22-cv-02051-B** |
| | § | |
| **Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust,** | § | |
|    **Appellee** | § | |

### 8012.1 - CERTIFICATE OF INTERESTED PERSONS

1

Pursuant to Local Rule 8012.1, CLO HoldCo, Ltd. ("CLO HoldCo"), appellant in the above-captioned appeal (the "Appeal") files this *Certificate of Interested Persons*. The persons with an interest in the outcome of this Appeal are:

i) CLO HoldCo;

ii) The Litigation Trustee, Marc. S. Kirchsner appointed as Litigation Trustee as defined in that certain *Fifth Amended Chapter 11 Plan of Reorganization* (the "Plan") confirmed by the Bankruptcy Court in Case No. 19-34054, Dkt. No. 1948[1];

iii) The Litigation Sub-Trust;

iv) The Claimant Trust; and

v) The Reorganized Debtor.

The names of opposing law firms and/or counsel in the case:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Deborah J. Newman (Admitted Pro Hac Vice)
Robert S. Loigman (Admitted Pro Hac Vice)
Aaron M. Lawrence (Admitted Pro Hac Vice)
51 Madison Avenue
Floor 22
New York, NY 10010
Telephone: (212) 849-7000

-and-

**SIDLEY AUSTIN LLP**
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

---

[1] Capitalized terms not otherwise defined herein taken their meaning from the Plan.

        */s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

*Counsel for CLO HoldCo, Ltd.*

## CERTIFICATE OF SERVICE

    I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this September 28, 2022.

        */s/ Louis M. Phillips*
        Louis M. Phillips