UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　　　Debtor(s)<br><br>CLO HoldCo, Ltd.<br>　　　　　　　　　　　Appellant(s)<br>　vs.<br>Marc Kirschner, the Litigation Trustee for the Highland Litigation SubTrust<br>　　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § § | Case No.: 19−34054−sgj11<br>Chapter No.: 11<br>Civil Case No.: 3:22−CV−02051−B |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 8/31/2022 regarding [3457] Order denying motion motion to ratify second amended proof of claim and expunging claim (related document # 3178) Entered on 8/17/2022 by CLO HoldCo, Ltd. in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　The above referenced record was delivered to the U.S. District Clerk's Office on October 18, 2022.


DATED:  10/18/22　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk