**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

**Counsel for CLO HoldCo, Ltd.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 19-34054-sgj11 |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | Chapter 11 |
| | § | |
|   **Debtor** | § | |
| | § | |
| **CLO HoldCo, Ltd.,** | § | |
|   Appellant | § | |
| | § | |
| v. | § | Case No. 22-cv-02051-B |
| | § | |
| **Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust,** | § | |
|   Appellee | § | |

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the *Original Appellant Brief Filed On Behalf Of CLO Holdco Ltd* (ECF Doc. 13) were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this November 3, 2022.

Case Admin Sup    txnb_appeals@txnb.uscourts.gov

Aaron Lawrence    aaronlawrence@quinnemanuel.com

Deborah Jill Newman    deborahnewman@quinnemanuel.com

Hugh G Connor , II    hugh.connor@kellyhart.com, melissa.matej@kellyhart.com, ryan.roper@kellyhart.com

Juliana Lorraine Hoffman    jhoffman@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Katherine T. Hopkins    katherine.hopkins@kellyhart.com

Michael D Anderson    michael.anderson@kellyhart.com, melissa.matej@kellyhart.com

Paige Holden Montgomery    pmontgomery@sidley.com, broper@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Robert Scott Loigman    robertloigman@quinnemanuel.com

Stacey G Jernigan    sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Baton Rouge, Louisiana, this 3rd day of November, 2022.

> */s/ Louis M. Phillips*
> **Louis M. Phillips (#10505)**
> One American Place
> 301 Main Street, Suite 1600
> Baton Rouge, LA 70801-1916
> Telephone: (225) 381-9643
> Facsimile: (225) 336-9763
> Email: louis.phillips@kellyhart.com
>
> Amelia L. Hurt (LA #36817, TX #24092553)
> 400 Poydras Street, Suite 1812
> New Orleans, LA 70130
> Telephone: (504) 522-1812
> Facsimile: (504) 522-1813
> Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

*Counsel for CLO HoldCo, Ltd.*

**Appeal Documents**

3:22-cv-02051-B CLO Holdco Ltd et al v. Kirschner

BKAPP

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

U.S. District Court

Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Phillips, Louis on 11/3/2022 at 4:24 PM CDT and filed on 11/3/2022

**Case Name:** CLO Holdco Ltd et al v. Kirschner
**Case Number:** 3:22-cv-02051-B
**Filer:** CLO Holdco Ltd
**Document Number:** 13

**Docket Text:**
**Appellant's BRIEF by CLO Holdco Ltd. (Phillips, Louis)**

**3:22-cv-02051-B Notice has been electronically mailed to:**

Case Admin Sup     txnb_appeals@txnb.uscourts.gov

Aaron Lawrence     aaronlawrence@quinnemanuel.com

Deborah Jill Newman     deborahnewman@quinnemanuel.com

Hugh G Connor , II     hugh.connor@kellyhart.com, melissa.matej@kellyhart.com, ryan.roper@kellyhart.com

Juliana Lorraine Hoffman     jhoffman@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Katherine T. Hopkins     katherine.hopkins@kellyhart.com

Louis M Phillips     louis.phillips@kellyhart.com, amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com

Michael D Anderson     michael.anderson@kellyhart.com, melissa.matej@kellyhart.com

Paige Holden Montgomery     pmontgomery@sidley.com, broper@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Robert Scott Loigman     robertloigman@quinnemanuel.com

Stacey G Jernigan     sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

**3:22-cv-02051-B Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=11/3/2022] [FileNumber=14376238-0] [64d419702da5457047bcf0e3755dae5b13376c1e1c3bacddb8b52131a8aec1c9a37e7307b46a2fe3ef2c95d7588a03c623a27fc99c4ea49b0d64e1d5ec67029a]]