| | |
|---|---|
| **KELLY HART PITRE** | **KELLY HART & HALLMAN** |
| Louis M. Phillips (#10505) | Hugh G. Connor II |
| One American Place | State Bar No. 00787272 |
| 301 Main Street, Suite 1600 | hugh.connor@kellyhart.com |
| Baton Rouge, LA 70801-1916 | Michael D. Anderson |
| Telephone: (225) 381-9643 | State Bar No. 24031699 |
| Facsimile: (225) 336-9763 | michael.anderson@kellyhart.com |
| Email: louis.phillips@kellyhart.com | Katherine T. Hopkins |
| Amelia L. Hurt (LA #36817, TX #24092553) | Texas Bar No. 24070737 |
| 400 Poydras Street, Suite 1812 | katherine.hopkins@kellyhart.com |
| New Orleans, LA 70130 | 201 Main Street, Suite 2500 |
| Telephone: (504) 522-1812 | Fort Worth, Texas 76102 |
| Facsimile: (504) 522-1813 | Telephone: (817) 332-2500 |
| Email: amelia.hurt@kellyhart.com | Telecopier: (817) 878-9280 |

**Counsel for CLO HoldCo, Ltd.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Chapter 11** |
| | § | |
|     **Debtor** | § | |
| | § | |
| **CLO HoldCo, Ltd.,** | § | |
|     **Appellant** | § | |
| | § | |
| **v.** | § | **Case No. 22-cv-02051-B** |
| | § | |
| **Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust,** | § | |
|     **Appellee** | § | |

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the *Reply Brief Filed On Behalf Of CLO Holdco Ltd* (ECF Doc. 16) were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this December 19, 2022.

Case Admin Sup     txnb_appeals@txnb.uscourts.gov

Aaron Lawrence     aaronlawrence@quinnemanuel.com

Deborah Jill Newman     deborahnewman@quinnemanuel.com

Hugh G Connor , II     hugh.connor@kellyhart.com, melissa.matej@kellyhart.com, ryan.roper@kellyhart.com

Juliana Lorraine Hoffman     jhoffman@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Katherine T. Hopkins     katherine.hopkins@kellyhart.com

Michael D Anderson     michael.anderson@kellyhart.com, melissa.matej@kellyhart.com

Paige Holden Montgomery     pmontgomery@sidley.com, broper@sidley.com, nef@sidley.com, txefilingnotice@sidley.com

Robert Scott Loigman     robertloigman@quinnemanuel.com

Stacey G Jernigan     sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Baton Rouge, Louisiana, this 19th day of December, 2022.

>/s/ *Louis M. Phillips*
>**Louis M. Phillips (#10505)**
>One American Place
>301 Main Street, Suite 1600
>Baton Rouge, LA 70801-1916
>Telephone: (225) 381-9643
>Facsimile: (225) 336-9763
>Email: louis.phillips@kellyhart.com
>
>Amelia L. Hurt (LA #36817, TX #24092553)
>400 Poydras Street, Suite 1812
>New Orleans, LA 70130
>Telephone: (504) 522-1812
>Facsimile: (504) 522-1813
>Email: amelia.hurt@kellyhart.com
>
>and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

*Counsel for CLO HoldCo, Ltd.*